## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Farnam Street Financial, Inc.,

        Plaintiff,

v.

Spire Corporation,

        Defendant.

Civil No. 15-4349 (RHK/HB)

**ORDER CANCELLING PRETRIAL CONFERENCE**

A Pretrial Scheduling Conference was noticed for March 21, 2016 (ECF No. 13). Pursuant to the joint letter from counsel dated March 14, 2016 (ECF No. 16), informing the Court that the parties have reached an agreement in principle to resolve this matter, and requesting that the scheduling conference be cancelled,

**IT IS HEREBY ORDERED** that the Pretrial Conference scheduled for **March 21, 2016 at 1:30 p.m.** has been **CANCELLED**.

The parties are preparing settlement documents. If the parties are unable to complete the papers and file a Stipulation of Dismissal within 60 days, counsel shall inform the Court by letter of the current status of the settlement and the likely timeframe needed for completing the papers.

Dated: March 15, 2016

        s/ *HildyBowbeer*
        HILDY BOWBEER
        United States Magistrate Judge