# UNITED STATES DISTRICT COURT
## District of Minnesota

Farnam Street Financial, Inc.

                    Plaintiff,

v.

Spire Corporation

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-4349-RHK-HB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for 90 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

IT IS FURTHER ORDERED AND ADJUDGED THAT:

    all motions currently pending are **DENIED** as moot.

Date: March 23, 2016

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)                L. Brennan, Deputy Clerk